**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 cases |
| WOB Holdings, LLC,[1] | Case No. 8:24-bk-04538-CPM |
| World of Beer, Inc., | Case No. 8:24-bk-04542-CPM |
| WOBF, LLC, | Case No. 8:24-bk-04543-CPM |
| World of Beer Franchising, LLC, | Case No. 8:24-bk-04547-CPM |
| WOB Gainesville, LLC, | Case No. 8:24-bk-04553-CPM |
| WOB OT Orlando, LLC, | Case No. 8:24-bk-04557-CPM |
| WOB Doral, LLC, | Case No. 8:24-bk-04559-CPM |
| WOB Miramar, LLC, | Case No. 8:24-bk-04560-CPM |
| WOB Destin, LLC, | Case No. 8:24-bk-04563-CPM |
| WOB Royal Palm, LLC, | Case No. 8:24-bk-04565-CPM |
| WOB Myrtle Beach I, LLC, | Case No. 8:24-bk-04566-CPM |
| WOB Louisville I, LLC, | Case No. 8:24-bk-04567-CPM |
| Debtors. | (Joint Administration Pending) |

## JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

The above-captioned debtors and debtors in possession (each a "**Debtor**" and, collectively, the "**Debtors**"), pursuant to Local Rule 2081-1(b), file this Joint Chapter 11 Case Management Summary, and state as follows:

The following data represents approximations for background information only and the information represents the Debtors' best estimate in response to the following questions.

1. **Description of the Debtors' Business**.

World of Beer is a group of bars and restaurants, some owned directly, some joint ventured and some franchised, that offer a variety of craft beers, spirits, and food. The ultimate parent company of the Debtors is World of Beer, Inc., which owns substantially all of the equity interests of WOB Holdings, LLC, which in turn holds a majority of the membership interests in WOBF, LLC and World of Beer Franchising, LLC. WOBF, LLC owns all membership interests in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are WOB Holdings, LLC (7196); World of Beer, Inc. (6110); WOBF, LLC (3836); WOB Franchising, LLC (9618); WOB Myrtle Beach I, LLC (6068); WOB Louisville I, LLC (9818); WOB Gainesville, LLC (5172); WOB OT Orlando, LLC (9339); WOB Royal Palm, LLC (2782); WOB Miramar, LLC (8123); WOB Doral, LLC (6053); and WOB Destin, LLC (4427). The Debtors' principal offices are located at 12750 Citrus Park Lane, Suite 115, Tampa, Florida 33625.

1

remaining Debtors, and prepetition acted as the controlling operating entity and as paymaster for the Debtors' collective operations, managing the receivables and payables of the Debtors.

2. **Locations of Debtors' Operations and whether Leased or Owned**

Debtors' corporate office is located at 12750 Citrus Park Lane, Suite 115, Tampa, Florida 33625, which is leased by the Debtors.

World of Beer is currently operating at the following leased locations:

| Company Locations: | Franchise Locations: |
|---|---|
| Tampa, FL (Avion Park) | Easton, OH |
| Tampa, FL (Fowler Ave) | Owings Mills, MD |
| Brandon, FL | Savannah, GA |
| Odessa, FL | Pooler, GA |
| Orlando, FL (Downtown) | Exton, PA |
| Orlando, FL (O'Town West) | Bethesda, MD |
| Coconut Creek, FL | Augusta, GA |
| Miramar, FL | The Villages, FL |
| Royal Palm Beach, FL | Greensboro, NC |
| Katy, TX | Rockville, MD |
| Towne Lake, TX | Gainesville, FL |
| Louisville, KY | Vierra, FL |
| Richmond, VA | Westchase, FL |
| Fayetteville, NC | Tuscaloosa, AL |
| Nashville, TN | Lubbock, TX |
| West Hartford, CT | Jacksonville, FL |
| | Grandscape, TX |

World of Beer has closed the following locations within the past 12 months

Destin, FL (Company)
N Myrtle Beach, SC (Company)
College Station, TX (Company)
Lafayette, LA (Company)
Gainesville, FL (Company)
Fort Worth, TX (Company)
Fort Myers, FL (Company)
Doral, FL (Company)
Syracuse, NY (Franchise)
Middleton, WI (Franchise)
Spanish Springs, FL (Franchise)
Indianapolis, IN (Franchise)
Townson, MD (Franchise)
Dublin, CA (Franchise)

3. **Reasons for filing Chapter 11.**

World of Beer ("WOB") was founded in Tampa, Florida in 2007, with its initial business model focused exclusively on craft beer. During this period, the craft beer explosion was in its infancy. Using a very simple model to operate and with a low capital investment requirement, the initial ownership team had considerable success at franchising the business. Unfortunately, many franchisees chose to get in on the craft beer explosion without having sufficient experience in the industry and then operated their franchise as a passive / secondary business.

In 2013, Paul Avery took a controlling interest in the business and promptly introduced what became a highly successful food & spirit program. A contentious relationship developed with a number of franchisees that were reluctant, for various reasons (access to capital / unfamiliarity with food program / unwillingness to engage further in business operations), to transition their future locations to the system standard which included a spec kitchen, food and spirit program. During this transitionary period, WOB Franchising unsuccessfully defended its rights in several legal cases, resulting in several millions of dollars in lost royalties and legal fees which continue to affect the business today. Meanwhile, consistent with this evolution in operations, the craft beer industry as a whole generally transitioned to include food & spirit programs.

During the COVID pandemic, as was the case with other businesses, the Debtors' industry and business took a hard economic hit. While successful in securing PPP funding, which helped support the Debtors' employees, investors and business considerably, the food and beverage market did not rebound soon enough. As a result, approximately 15% of the system (franchise & company owned) did not resume operations during the post-COVID rebound. The locations that remained open experienced a considerable lift in traffic counts and revenue.

In mid-2020, the Federal Reserve System introduced the Main Street Lending Program (MSLP), which provided lending to small and medium sized businesses. Anticipating the worst of the COVID pandemic impact was behind it, WOB borrowed $8 million to fund the construction of three new locations that already had executed lease obligations. All three of these locations were opened in a routine manner. Unfortunately, the operating environment for these restaurants was poor and lagged in rebounding to a sales level that could support normalized operations. As a result of the sustained negative cash flow of these businesses, all three of these new locations ceased operations. The lease guarantee obligations for these locations, along with the other previously closed locations, resulted in a materially significant drain on cash flow for the organization, and incurred considerable legal costs to defend our position.

On the positive side, the WOB labor force is considerable and has been exceptionally loyal for many years. The Tampa Support Team is comprised of 35 members, almost all of which are on salary that supports their families & households, along with approximately 1,300 employees within our franchise and company location operations (hourly & salary). WOB anticipates its work force to remain at a similar level in supporting operations post restructuring. Social Scores that reflect consumer sentiment towards the WOB brand and experience are at an all-time high for the organization (+4.3). WOB's operations are effectively led, providing a compelling customer experience, and best-in-class within its segment.

31095536v2

Today, most segments within the restaurant industry are in considerable distress. Due to the economic environment in which the Debtors operate, traffic counts are greatly diminished with consumers opting for less frequent dining occasions and more value-oriented destinations. Compounding the challenges are inflationary influences on our supply chain and overall operating costs, combined with the lack of consumer elasticity for continued price increases. Outstanding debts to landlords (lease guarantees), litigation with two franchisees, legal fees, along with our bank debt and considerably elevated interest rates, combine for a significant drain on cash flow, exceeding available cash.

Moving forward, the Debtors have or will shutter negatively performing operations, will focus attention on the positively performing operations and will evaluate continued operations in the locations that are either cash flow neutral or trending positively. The current Debtors' concept and operations are sustainable on a move forward basis, isolating legacy litigation and shuttered lease location indebtedness and restructuring secured debt obligations. These restructuring efforts will provide the Debtors the opportunity to maximize productive operations, eliminate negative operations, focus on core business, preserve jobs, and provide a long term restructuring to enable the business to both survive and thrive. A restructuring will be far superior to a liquidation.

4. **Officers, directors and insiders (including relatives of insiders), if applicable, who receive salaries or benefits from the debtor and their respective salaries or benefits at the time of filing and during the one year prior to filing**.

| Name | Office Position | Salary |
|---|---|---|
| Paul Avery | CEO and President | $50,000 |
| Ben Novello | V.P., Secretary and Treasurer | $200,000 |
| Jim Pollard | Vice President | $30,000 |

5. **Annual Gross Revenues.**

Debtors' combined gross revenue for 2024, through June 30, 2024, was about $9.9 million

6. **Amounts Owed to Various Classes of Creditors.**

A. **Priority / Governmental Creditors.** Other than amounts pre-petition amounts owed to employees and independent contractors, the Debtors do not believe any amount is owed to any other priority or governmental creditors.

B. **Secured Creditors.** Synovus Bank ("Synovus"). Synovus is owed a combined $25.6 million pursuant to two loan agreements. Synovus holds a first priority security interests on the Debtors' business asset. The value of the collateral securing payment of the debt due to Synovus is significantly less than the amount of the debt.

C. **Unsecured Creditors.** The Debtors have approximately $3.8 million in unsecured debts.

7. **Description and approximate value of the Debtor's current and fixed assets.**

The Debtors' assets generally include inventory, cash, leasehold improvements, furniture, fixtures, computer and POS systems, bar and kitchen equipment, and receivables, and are valued at approximately $20 million.

8. **Number of employees and gross amount of wages owed as of the Petition Date.**
Number of employees (of the Debtors only): 740
Gross Wages Owed: Approx. $89,277

9. **Status of the Debtors' Payroll and Sales Tax Obligations.**
Payroll Taxes: No overdue obligations.
Sales Taxes: No overdue obligations.

10. **Anticipated Emergency Relief.**

The Debtors do not anticipate seeking emergency relief. However, the Debtors are seeking expedited relief via routine first-day motions, including (i) joint administration, (ii) use of cash collateral; (iii) pay pre-petition wages in the ordinary course, (iv) approve affiliate officer's salaries and pre-petition wages; (v) maintain prepetition bank accounts and cash management; (vi)

applications to employ professionals; (v) post-petition financing; (vi) maintain customer gift card and loyalty programs; and (vii) pay critical vendors and/or Section 503(b)(9) claimants.

**SHUMAKER, LOOP & KENDRICK, LLP**

By: */s/ Steven M. Berman*
**STEVEN M. BERMAN, ESQ.**
Florida Bar No. 856290
sberman@shumaker.com
101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602
Phone: 813-229-7600
*Proposed Counsel for the Debtors*

6

31095536v2