| Period Beginning | 2-Aug-24 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Period Ending --> | 31-Aug-24 | | | | | | | | | |

| | WOBF, LLC Operating | WOB Destin, LLC | WOB Gainesville, LLC | WOB OT Orlando, LLC | WOB Royal Palm, LLC | WOB Doral, LLC | WOB Myrtle Beach I, LLC | WOB Miramar, LLC | WOB Louisville I, LLC | Combined WOBF |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | |
| Restaurant operations | $ 751,976 | $ - | $ - | $ 9,206 | $ 24,227 | $ - | $ - | $ 21,238 | $ 14,160 | $ 820,806 |
| Royalty Revenue | | | | | | | | | | - |
| Other Misc Fees / Reimbusements | 119,399 | | | | 55 | | | | | 119,454 |
| **Total Operating Receipts** | 871,375 | - | - | 9,206 | 24,282 | - | - | 21,238 | 14,160 | 940,260 |
| **Operating Disbursements** | | | | | | | | | | |
| COGS Vendors (Food,Paper & Fintech) | (214,741) | | | | | | | | | (214,741) |
| Total Payroll | (243,778) | | | (24,645) | (52,410) | | | (34,330) | (27,250) | (382,413) |
| Sales Tax | (69,237) | | | | | | | | | (69,237) |
| Rent | (42,533) | | | | | | | | | (42,533) |
| Royalties | - | | | | | | | | | - |
| Marketing | (33,063) | | | | | | | | | (33,063) |
| Accounting Fees | - | | | | | | | | | - |
| Property Tax | - | | | | | | | | | - |
| IT | - | | | | | | | | | - |
| Insurance | (245,582) | | | | | | | | | (245,582) |
| Utilities | (1,265) | | | | | | | | | (1,265) |
| Other Operating Costs | (53,602) | | | | | | | | | (53,602) |
| Unit-Level CapEx | - | | | | | | | | | - |
| **Total Operating Disbursements** | (903,801) | - | - | (24,645) | (52,410) | - | - | (34,330) | (27,250) | (1,042,436) |
| **Net Operating Cash Flow** | (32,427) | - | - | (15,439) | (28,128) | - | - | (13,093) | (13,089) | (102,176) |
| **Non Operating Receipts** | | | | | | | | | | |
| DIP Loan Advances | | | | | | | | | | - |
| Transfers In from Other Debtor Entities | 5,000 | | | 12,000 | 20,000 | | | 16,000 | 10,000 | 63,000 |
| Joint Venture Receipts | | | | | | | | | | - |
| Other AR / Asset Sales / ERC / Misc | 31,943 | | | | | | | | | 31,943 |
| **Total Other Receipts** | 36,943 | - | - | 12,000 | 20,000 | - | - | 16,000 | 10,000 | 94,943 |
| **Non-Operating Disbursements** | | | | | | | | | | |
| Professional Fees | | | | | | | | | | - |
| Secured Debt Payments | | | | | | | | | | - |
| Principal Payments | | | | | | | | | | - |
| Aged AP Payments | | | | | | | | | | - |
| Litigation Payments | | | | | | | | | | - |
| Buildout Expense | | | | | | | | | | - |
| JV Money Movement | | | | | | | | | | - |
| Transfers To Related Debtor Entities | (88,000) | | | | | | | | | (88,000) |
| Other | | | | | | | | | | - |
| **Total Non-Operating** | (88,000) | - | - | - | - | - | - | - | - | (88,000) |
| **Chapter 11 Costs** | | | | | | | | | | |
| DIP Loan Interest / Fees | | | | | | | | | | - |
| WOB Professionals | | | | | | | | | | - |
| Accounting / Tax Prep | | | | | | | | | | - |
| GUC Professionals | | | | | | | | | | - |
| Synovus Professionals | | | | | | | | | | - |
| US Trustee Fees | | | | | | | | | | - |
| Noticing Agent / Costs | | | | | | | | | | - |
| Filing Fees | | | | | | | | | | - |
| KEIP / KERP | | | | | | | | | | - |
| **Total Chapter 11 Costs** | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | $ (83,484) | $ - | $ - | $ (3,439) | $ (8,128) | $ - | $ - | 2,907 | $ (3,089) | $ (95,233) |
| **Liquidity Summary** | | | | | | | | | | |
| Beginning Cash - Book | $ 98,240 | $ - | $ - | $ 6,331 | $ 1,457 | $ - | $ - | (4,525) | $ 9,680 | $ 111,183 |
| Net Cash Flow | (83,484) | - | - | (3,439) | (8,128) | - | - | 2,907 | (3,089) | (95,233) |
| Other | (332) | - | - | | | - | - | | | (332) |
| **Ending Cash - Book** | 14,425 | - | - | 2,892 | (6,671) | - | - | (1,618) | 6,591 | 15,618 |

**Notes to UST Form 11-MOR**

Please note that the following are to be considered when reviewing the UST Form 11-MOR for each entity. These notes are meant to answer any potential questions and give clarity behind the data presented.

Part 1: Cash Receipts and Disbursements

Petty Cash Accounts may have negative beginning or ending balances due to the timing of Impress Checks (aka Tips Clearing checks). These Impress checks are used to replenish Petty Cash that was used to pay servers credit tips from their shift. Normal operations require the Managing Partner to either make a deposit of the cash sales less tip outs for the night or write an Impress check in the amount needed to recover the physical cash paid out to servers that night. The Managing Partner does not make daily deposits or bank runs, and thus will have several outstanding checks, or in rare cases, deposits. Management/Accounting does not have visibility to these checks until the managing partner makes a bank run to cash the Impress checks. At this time, accounting will transfer funds from the unit's operating account (WOBF, LLC operating account) to their petty cash account, typically through an ACH or wire, to assure there are sufficient funds to cash the checks. Therefore, the book balance at the end of a period could be zero because of the timing of the bank run.

Part 2: Asset and Liability Status

Part 2(a) Accounts Receivable, this number includes unreconciled intercompany Accounts Receivable and does not reflect fully recoverable receivables. This number offsets with an intercompany Accounts Payable. Because of this, part 2(d) and 2(e), Total current assets and Total Assets respectively, are overstated.

Part 2(c) Inventory, all inventory numbers are represented on a consolidated basis on WOBF, LLC. This number includes all the individual debtor entities that have WOBF, LLC as it's parent company; WOB Louisville, LLC, WOB Miramar, LLC, WOB OT Orlando, LLC and WOB Royal Palm Beach, LLC

Part 2(k) Prepetition secured debt, where applicable and with the exception of WOB Holdings, LLC, is not reflected on the balance sheet as this is simply a guarantee against the entity.

Part 2(n) and Part 2(o) Due to the comments mentioned above, do not tie to the balance shown in the following pages.

Bank Statements

Due to the timing of the filing, the beginning and end of the month does not coincide with the bank statements. The bank reconciliation run from 8/2/2024 – 8/31/224. However, the bank statement for Synovus runs from 7/23/2024 – 8/20/2024. Also, the petty cash bank accounts run from 8/1/2024 – 8/31/2024. Therefore, the bank statements will not match the bank reconciliations.

**WOBF, LLC**
**Consolidating Balance Sheet-WOBF**
**End of Period 8 - 2024**

Options: Activity Only

| Financial Row | Corporate - WOBF LLC Amount | WOB Destin, LLC Amount | WOB Doral, LLC Amount | WOB Gainesville, LLC Amount | WOB Louisville I, LLC Amount | WOB Miramar, LLC Amount | WOB Myrtle Beach I, LLC Amount | WOB O Town West, LLC Amount | WOB Royal Palm, LLC Amount | WOBF Debtor Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOBF, LLC - Debtor Entities** | | | | | | | | | | |
| **ASSETS** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| **Bank** | | | | | | | | | | |
| Total - 10000 - Cash | ($11,629,503.30) | $921,660.75 | $361,647.91 | $278,583 | $1,792,495 | $2,633,254 | $875,564 | $1,835,911 | $2,943,776 | $13,388 |
| Total Bank | ($11,629,503.30) | $921,660.75 | $361,647.91 | $278,583 | $1,792,495 | $2,633,254 | $875,564 | $1,835,911 | $2,943,776 | $13,388 |
| **Accounts Receivable** | | | | | | | | | | |
| Total Accounts Receivable | $3,749,115.98 | $16,022.07 | $18,875.64 | $4,609 | $59,598 | ($5,427) | $18,775 | $12,796 | $19,629 | $3,893,993 |
| **Other Current Asset** | | | | | | | | | | |
| Total Current Assets | ($7,501,313.24) | $978,837.25 | $400,779.98 | $291,167 | $1,917,352 | $2,677,877 | $918,584 | $1,904,251 | $3,015,472 | $4,603,007 |
| **Fixed Assets** | | | | | | | | | | |
| Total - 16000 - Construction in Progress | $29,603.03 | $0.00 | $0.00 | $0 | $0 | $0 | $0 | $0 | $1,567,916 | $1,597,519 |
| Total - 17000 - Fixed Assets | ($0.25) | $1,638,886.88 | $1,493,376.20 | $294,291 | $1,344,980 | $1,653,969 | $1,449,183 | $1,741,208 | $850,949 | $10,466,842 |
| Total - 18000 - Accumulated Depreciation | $0.00 | ($1,375,519.00) | ($160,274.00) | ($147,982) | ($1,049,287) | ($179,455) | ($449,879) | ($113,924) | $0 | ($3,476,320) |
| Total Fixed Assets | $29,602.78 | $263,367.88 | $1,333,102.20 | $146,309 | $295,693 | $1,474,514 | $999,304 | $1,627,284 | $2,418,865 | $8,588,042 |
| **Other Assets** | | | | | | | | | | |
| Total - 18100 - Other Assets | $0.00 | $0.00 | $0.00 | $36,267 | $0 | $0 | $0 | $0 | $0 | $36,267 |
| 19200 - Right of Use Asset | $0.00 | $146,213.44 | $2,022,932.00 | $212,233 | $185,407 | $1,458,968 | $346,331 | $1,518,802 | $1,602,105 | $7,492,993 |
| Total Other Assets | $0.00 | $146,213.44 | $2,022,932.00 | $248,501 | $185,407 | $1,458,968 | $346,331 | $1,518,802 | $1,602,105 | $7,529,260 |
| **Total ASSETS** | ($7,471,710.46) | $1,388,418.57 | $3,756,814.18 | $685,976 | $2,398,452 | $5,611,359 | $2,264,219 | $5,050,337 | $7,036,443 | $20,720,308 |
| **Liabilities & Equity** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Total - 20000 - Accounts Payable | ($12,232,443.64) | $954,055.64 | $1,636,221.45 | $562,095 | $1,469,426 | $2,140,752 | $959,018 | $1,441,512 | $2,510,254 | ($559,110) |
| Total Accounts Payable | ($4,859,057.30) | $982,147.26 | $1,689,359.63 | $582,086 | $1,499,616 | $2,183,044 | $970,875 | $1,473,888 | $2,631,527 | $7,153,486 |
| **Other Current Liability** | | | | | | | | | | |
| Total Other Current Liability | $1,422,328.40 | $247,203.96 | $227,380.91 | $136,544 | $222,371 | $239,655 | $162,199 | $210,124 | $245,432 | $3,113,238 |
| Total Current Liabilities | ($3,436,728.90) | $1,229,351.22 | $1,916,740.54 | $718,630 | $1,721,987 | $2,422,699 | $1,133,074 | $1,684,012 | $2,876,958 | $10,266,724 |
| **Long Term Liabilities** | | | | | | | | | | |
| **25000 - Long-Term Debt** | | | | | | | | | | |
| 25002 - LT Lease Liability | $0.00 | $0.00 | $2,032,112.71 | $134,164 | $65,829 | $1,469,983 | $229,819 | $1,503,159 | $1,697,891 | $7,132,958 |
| Total - 25000 - Long-Term Debt | $0.00 | $0.00 | $2,032,112.71 | $134,164 | $65,829 | $1,469,983 | $229,819 | $1,503,159 | $1,697,891 | $7,132,958 |
| Total Long Term Liabilities | $0.00 | $0.00 | $2,032,112.71 | $134,164 | $65,829 | $1,469,983 | $229,819 | $1,503,159 | $1,697,891 | $7,132,958 |
| Total Equity | $8,712,493.11 | ($215,621.98) | ($683,557.05) | ($810,294) | $45,900 | ($177,114) | ($924,331) | ($582,877) | ($11,430) | $5,353,169 |
| **Total Liabilities & Equity** | $5,275,764.21 | $1,013,729.24 | $3,265,296.20 | $42,500 | $1,833,716 | $3,715,568 | $438,563 | $2,604,294 | $4,563,419 | $22,752,851 |

Indicates a non-debtor closed entity.

Please note that several units have been closed and there were some assets moved to open units. These transfers have yet to have been recorded

| | WOBF, LLC - Non-Debtor closed entities | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Financial Row** | WOB Daytona, LLC Amount | WOB Reunion, LLC Amount | Zzz CLOSED WOB Albany, LLC Amount | Zzz CLOSED WOB Augusta JVP, LLC Amount | Zzz CLOSED WOB Greensboro, LLC Amount | Zzz CLOSED WOB Hilton Head, LLC Amount | zzzz_ WOB Nashville West End , LLC-OLD Amount | Total Amount |
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| **Bank** | | | | | | | | |
| Total - 10000 - Cash | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,388 |
| **Total Bank** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,388 |
| **Accounts Receivable** | | | | | | | | |
| **Total Accounts Receivable** | $0 | $0 | $0 | $0 | $0 | $141,802 | $2,285,456 | $6,321,251 |
| **Other Current Asset** | | | | | | | | |
| **Total Current Assets** | $0 | $0 | $0 | $0 | $0 | $141,802 | $2,285,456 | $7,030,265 |
| **Fixed Assets** | | | | | | | | |
| Total - 16000 - Construction in Progress | $0 | $0 | $0 | $0 | $0 | $0 | ($1) | $1,597,518 |
| Total - 17000 - Fixed Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,466,842 |
| Total - 18000 - Accumulated Depreciation | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($3,476,320) |
| **Total Fixed Assets** | $0 | $0 | $0 | $0 | $0 | $0 | ($1) | $8,588,041 |
| **Other Assets** | | | | | | | | |
| Total - 18100 - Other Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $36,267 |
| 19200 - Right of Use Asset | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,492,993 |
| **Total Other Assets** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,529,260 |
| **Total ASSETS** | $0 | $0 | $0 | $0 | $0 | $141,802 | $2,285,455 | $23,147,565 |
| **Liabilities & Equity** | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Total - 20000 - Accounts Payable | $16,742 | $0 | $0 | $0 | $0 | ($1,229) | $1,478,077 | $934,481 |
| **Total Accounts Payable** | $65,794 | $0 | $0 | $0 | $0 | ($1,229) | $1,496,261 | $8,714,312 |
| **Other Current Liability** | | | | | | | | |
| **Total Other Current Liability** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,113,238 |
| **Total Current Liabilities** | $65,794 | $0 | $0 | $0 | $0 | ($1,229) | $1,496,261 | $11,827,550 |
| **Long Term Liabilities** | | | | | | | | |
| **25000 - Long-Term Debt** | | | | | | | | |
| 25002 - LT Lease Liability | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,132,958 |
| Total - 25000 - Long-Term Debt | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,132,958 |
| **Total Long Term Liabilities** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,132,958 |
| **Total Equity** | ($132,564) | ($1,646) | ($200,520) | $0 | ($154,032) | ($677,350) | $0 | $4,187,057 |
| **Total Liabilities & Equity** | ($66,770) | ($1,646) | ($200,520) | $0 | ($154,032) | ($678,579) | $1,496,261 | $23,147,565 |

Indicates a non-debtor closed entity.

| WOBF, LLC COMBINED Period 8 - 2024 | WOBF, LLC | WOB Destin, LLC | WOB Doral, LLC | WOB Gainesville, LLC | WOB Myrtle Beach I, LLC | WOB Louisville I, LLC | WOB Miramar, LLC | WOB OT Orlando, LLC | WOB Royal Palm, LLC | Combined WOBF |
|---|---|---|---|---|---|---|---|---|---|---|
| Restaurant Collections | | | | | | | | | | |
| Server Tip Credit | | | | | | | | | | |
| Sales Tax | | | | | | | | | | |
| **TOTAL NET SALES** | | **46** | **6** | **-** | **-** | **147,384** | **198,607** | **119,251** | **265,923** | **731,218** |
| | | | | | | | | | | |
| TOTAL COST OF GOODS SOLD | - | 2,833 | 2,046 | - | - | 44,360 | 57,431 | 34,994 | 72,151 | 213,815 |
| TOTAL EMPLOYMENT COSTS | 7,255 | 7,845 | 3,379 | - | - | 45,543 | 74,153 | 49,684 | 75,078 | 262,938 |
| SUB UTILITIES | - | (1,112) | 654 | - | - | 7,620 | 11,840 | 8,819 | 11,483 | 39,304 |
| SUB PROPERTY | - | 23,951 | 38,002 | - | 5,291 | 21,748 | 28,436 | 27,340 | 31,774 | 176,543 |
| OTHER OPERATING | 26,666 | 3,845 | 2,158 | (487) | 146 | 24,974 | 29,544 | 16,893 | 35,024 | 138,763 |
| Total Operating Cost | 33,921 | 37,361 | 46,240 | (487) | 5,437 | 144,244 | 201,404 | 137,731 | 225,511 | 831,363 |
| **SLEBITDA** | **(33,921)** | **(37,315)** | **(46,234)** | **487** | **(5,437)** | **3,140** | **(2,797)** | **(18,480)** | **40,413** | **(100,145)** |
| **TOTAL CORPORATE FEES** | - | (353) | (74) | - | - | 11,669 | 15,076 | 9,818 | 19,604 | 55,739 |
| **EBITDA** | **(33,921)** | **(36,962)** | **(46,160)** | **487** | **(5,437)** | **(8,529)** | **(17,874)** | **(28,298)** | **20,809** | **(155,884)** |
| SUB OTHER INCOME | - | 30 | 60 | - | - | 50 | 30 | 30 | 30 | 230 |
| **NET INCOME** | **(33,921)** | **(36,932)** | **(46,100)** | **487** | **(5,437)** | **(8,479)** | **(17,844)** | **(28,268)** | **20,839** | **(155,654)** |

**MIRAMAR ASSET ACCOUNTS - AUGUST 2024**

| Fixed Assets | P8 Beginning | PURCHASES | DISPOSALS | DEPRECIATION | P8 END |
|---|---|---|---|---|---|
| **17000 - Fixed Assets** | | | | | |
| 17001 - Engineer_Architect_Legal | $31,587.35 | $0.00 | $0.00 | $0.00 | $31,587.35 |
| 17002 - Leasehold Improvements | $1,031,182.05 | $0.00 | $0.00 | $0.00 | $1,031,182.05 |
| 17003 - Furniture & Fixtures | $60,617.13 | $0.00 | $0.00 | $0.00 | $60,617.13 |
| 17005 - POS System | $4,661.57 | $0.00 | $0.00 | $0.00 | $4,661.57 |
| 17006 - Bar Equipment | $312,620.59 | $0.00 | $0.00 | $0.00 | $312,620.59 |
| 17007 - Kitchen Equipment | $11,179.47 | $0.00 | $0.00 | $0.00 | $11,179.47 |
| 17008 - Smallwares Asset | $20,375.43 | $0.00 | $0.00 | $0.00 | $20,375.43 |
| 17009 - Audio_Visual_Light | $96,771.55 | $0.00 | $0.00 | $0.00 | $96,771.55 |
| 17010 - Signage | $9,306.00 | $0.00 | $0.00 | $0.00 | $9,306.00 |
| 17013 - Millwork_Carpentry | $75,667.78 | $0.00 | $0.00 | $0.00 | $75,667.78 |
| 17015 - Landlord Work Allowance | $0.20 | $0.00 | $0.00 | $0.00 | $0.20 |
| **Total - 17000 - Fixed Assets** | **$1,653,969.12** | $0.00 | **$0.00** | $0.00 | **$1,653,969.12** |
| **18000 - Accumulated Depreciation** | | | | | |
| 18015 - AD - Construction in Progress | ($179,455.00) | $0.00 | $0.00 | $0.00 | ($179,455.00) |
| **Total - 18000 - Accumulated Depreciation** | **($179,455.00)** | $0.00 | $0.00 | $0.00 | **($179,455.00)** |
| **Total Fixed Assets** | **$1,474,514.12** | | **$0.00** | | **$1,474,514.12** |

Please note that several units have been closed and there were some assets moved to open units. These transfers have yet to have been recorded

STANDARD BANK RECONCILIATION - WOB MIRAMAR, LLC

Month  August    Year    2024

Account No. _____    Account Name  Miramar PC _____

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | $ 3,727.46 | Your transaction register balance | $ (1,617.82) |

Add (+)
Deposits not shown on Bank Statement    $ 47.31

Add (+)
Other credits shown on the bank
statement but not in transaction register  $ _____

Total    $ 3,774.77

Add (+)
Interest paid on bank statement    $ _____

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

Total    $ (1,617.82)

| Number | Amount | Number | Amount |
|---|---|---|---|
| | 5,392.59 | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ 5,392.59 | Total Subtractions | $ _____ |
| Balance | $ (1,617.82) | Balance | $ (1,617.82) |

**AUGUST MOR – QUESTION 7(a) – Payments of Prepetition Debts:**

WOBF Payments to Sysco were approved as part of the critical vendor motion. Total payments on pre-petition invoices was $129,891.47.

Payment of employee expenses were approved as part of the employee wage motion. Total pre-petition payments by WOBF, LLC was $4,603.05. There was an additional $6,688.70 of employee expenses paid by World of Beer Franchising, Inc.

Sales Tax payments are payment of July trust taxes. Payment is included in the approved cash collateral budget. Total prepetition tax is $69,237.39 – paid by WOBF.

Three utility bills were paid by WOBF through ACH post-petition in the total amount of $708.96. The Debtor is in the process of filing a utility motion.

FinTech was paid a total of $2,496.07 by WOBF via ACH for pre-petition invoices. FinTech is the clearing house that the Debtor uses to pay its liquor purchases. These purchases must be paid COD and FinTech acts as the clearing house to ensure payments. Management had approved these invoices for payment pre-petition and was not aware that there was a delay in FinTech processing the payment until the account was reconciled at the end of August. Had Management been aware of these items being outstanding, they would have sought critical vendor approval as not paying these invoices would result in WOBF being cut off by critical vendors.

There were two vendors (OLO, Inc. and Timeless Entertainment) that had ACH payments process on August 2, 2024 – the petition date. Given the timing of the filing, Management was unable to stop payment on these items.

1. OLO, Inc. has a total of $1,250.22 paid by WOBF and $832.26 paid by World of Beer Franchising, Inc. though auto ACH on the Petition Date. OLO, Inc. is the online ordering platform for WOB and they charge a monthly fee plus commissions for processing online orders. This is a contractual arrangement and is an important part of the Debtors revenue stream. WOBF expects that it will assume this contact.

2. Timeless Entertainment was paid a total of $525.00 by WOBF for three prepetition invoices via an ACH payment that posted on the Petition Date.

Three prepetition checks cleared the store petty cash accounts for a total of $647.34. The Debtors' motion to use existing cash management included authorization to honor prepetition checks. WOB Louisville I, LLC had two prepetition checks clear for total $487.34 and WOB Miramar, LLC had one prepetition check clear for $160.00.

**WOB Miramar, LLC**
**Summary of Pre-Petition Payments**

| Location | Transaction | Pmt Date | Document Number | Amount |
|----------|-------------|----------|-----------------|--------|
| | **PETTY CASH CHECKS WRITTEN AT STORE** | | | |
| WOBF | **Bill Payment #PC1751/1677 - BERNARD LAWLER** | 8/2/2024 | PC1751/1677 | $160.00 |
| | **PETTY CASH - WOB Miramar, LLC** | | | **$160.00** |





881-39-20-15 77233  22 C 001 30 S  66 002
WOB  MIRAMAR  LLC
12750  CITRUS  PARK  LN  STE  115
TAMPA  FL   33625-3784

# Your account statement
For 08/30/2024

## Contact us

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ TRUIST DYNAMIC BUSINESS CHECKING - CORE TIER ████████8753

## Account summary

| | |
|---|---|
| Your previous balance as of 07/31/2024 | $-198.49 |
| Checks | - 31,972.25 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 35,898.20 |
| Your new balance as of 08/30/2024 | = $3,727.46 |

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 08/01 | 1748 | 2,532.32 | 08/19 | 1757 | 601.72 | 08/26 | 1764 | 1,104.28 |
| 08/01 | 1749 | 842.03 | 08/23 | 1758 | 476.04 | 08/26 | 1765 | 716.82 |
| 08/01 | 1750 | 505.52 | 08/23 | 1759 | 541.46 | 08/30 | 1766 | 241.70 |
| 08/02 | 1751 | 160.00 | 08/23 | 1760 | 959.58 | 08/30 | 1767 | 1,419.76 |
| 08/16 | *1753 | 2,114.13 | 08/23 | 1761 | 921.64 | 08/30 | 1768 | 632.44 |
| 08/16 | 1754 | 967.67 | 08/26 | 1762 | 703.15 | 08/30 | 1769 | 343.82 |
| 08/19 | 1755 | 1,063.71 | 08/26 | 1763 | 652.88 | 08/02 | *1776 | 13,000.00 |
| 08/19 | 1756 | 1,471.58 | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks = $31,972.25

## Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/01 | AchBatch   WOBF LLC1800 Miramar Truist PC Repl  CUSTOMER ID █2151 | 6,000.00 |
| 08/01 | AchBatch   WOBF LLC1800 Miramar Truist PC Repl  CUSTOMER ID █7670 | 7,000.00 |
| 08/02 | INCOMING WIRE TRANSFER WIRE REF# 20240802-00008649 | 5,000.00 |
| 08/09 | DEPOSIT | 4,543.20 |
| 08/14 | COUNTER DEPOSIT | 2,355.00 |
| 08/21 | AchBatch   WOBF LLC1800 Miramar Truist PC Repl  CUSTOMER ID █2798 | 5,000.00 |
| 08/27 | AchBatch   WOBF LLC1800 Miramar Truist PC Repl  CUSTOMER ID █9239 | 6,000.00 |

Total deposits, credits and interest = $35,898.20

0218285



# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC